617 A.2d 1213

COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, AND ROBERT W. PURSELL v. JIM FLORIO, IN HIS CAPACITY AS GOVERNOR, STATE OF NEW JERSEY, ANTHONY CIMINO, INDIVIDUALLY AND IN HIS CAPACITY AS COMMISSIONER, DEPARTMENT OF PERSONNEL, AND SAMUEL CRANE, INDIVIDUALLY AND IN HIS CAPACITY AS STATE TREASURER.

JOHN HARTMANN, DICK LA ROSSA, PETER INVERSO, PAUL KRAMER, ROBERT SINGER, MELVIN CORTELL, AND BARBARA WRIGHT v. JIM FLORIO, IN HIS CAPACITY AS GOVERNOR, STATE OF NEW JERSEY, ANTHONY CIMINO, INDIVIDUALLY AND IN HIS CAPACITY AS COMMISSIONER, DEPARTMENT OF PERSONNEL, AND SAMUEL CRANE, INDIVIDUALLY AND IN HIS CAPACITY AS STATE TREASURER.

October 3, 1992.

## ORDER

Pursuant to Rule 2:12–1, certification to the Superior Court, Chancery Division, and Superior Court, Appellate Division, is granted.

617 A.2d 1213

JOHN MICHAEL JACOBER v. ST. PETER'S MEDICAL CENTER, AND STEVEN FELD, M.D.

October 7, 1992.

## ORDER

Motion for reconsideration is granted; and it is further

ORDERED that because the trial court's rulings concerning admission of evidence under the learned-treatise doctrine did not affect plaintiffs' claims asserted against Dr. Feld, the Court's judgment does not affect the jury verdict in his favor; and it is further